AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| *Plaintiff* | ) |
| v. | ) |
| SHIRLEY WEBER, in her official capacity | ) |
| *Defendant* | ) |

Civil Action No.   2:22-cv-6894-MEMF-JC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Secretary Weber's motion to dismiss is GRANTED as to all claims. Judicial Watch's Complaint is dismissed without leave to amend pursuant to Rule 12(b)(6). Both the First and Second Requests for judicial notice are GRANTED.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Maame Ewusi-Mensah Frimpong _____ on a motion for

Motion to Dismiss (ECF No. 14) and two Requests for Judicial Notice (ECF Nos. 14-2 and 20-2).

Date:  February 2, 2024

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*